UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAIPING WANG,

                Plaintiff,

     v.

PROGRESSIVE INSURANCE COMPANY,

                Defendants.

Case No. C25-699RSL

ORDER TO SHOW CAUSE

On April 18, 2025, the Court issued an order requiring the parties to file a Joint Status Report by May 16, 2025. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Monday, June 9, 2025, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of April 18, 2025. The Clerk is directed to place this Order to Show Cause on the Court's calendar for June 10, 2025.

DATED this 21st day of May 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE