UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAIPING WANG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. C25-699RSL<br><br>ORDER VACATING THE COURT'S ORDER TO SHOW CAUSE |

On April 18, 2025, this Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. # 8. That order required the parties to provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by May 16, 2025. *Id*. The parties did not provide the required Report to the Court by the Court's deadline. As a result, on May 21, 2025, the Court issued an Order to Show Cause why sanctions, including dismissal, should not be imposed on the parties for their failure to comply with the Court's order of April 18, 2025. Dkt. # 10.

The Court has now reviewed the parties' response to its Order to Show Cause. Dkts. # 12, 13, 14. The required Report was ultimately filed on May 23, 2025 (Dkt. # 11) and the parties' response to the Order to Show Cause notes that a paralegal for defendants sent the Court an e-mail on May 15, 2025—one day before the May 16, 2025, deadline—requesting a one-week

[ORDER] - 1

extension. Dkt. # 14-1. The Court directs the parties' attention to the language of its April 18, 2025, order, which states: "Any request for an extension should be made by telephone to Teri Roberts, the judicial assistant, at (206) 370−8810." Dkt. # 8 at 1:21. The Court reminds the parties to follow the directions in its orders. Given that the Report has been filed, the Court hereby VACATES its Order to Show Cause. Dkt. # 10.

DATED this 28th day of May, 2025.

*signature*

Robert S. Lasnik
United States District Judge

\

[ORDER] - 2